IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNIGHTS OF COLUMBUS STAR OF THE SEA COUNCIL 7297,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE;<br><br>STAN MILLS, in his official capacity as Mayor of Rehoboth Beach, Delaware;<br><br>PAUL KUHNS, individually;<br><br>SHARON LYNN, individually and in her official capacity as City Manager of Rehoboth Beach, Delaware;<br><br>   Defendants. | Civil Case. No. 1:20-cv-00841-LPS |

**[PROPOSED] ORDER GRANTING THE JOINT MOTION TO STAY PROCEEDINGS**

Upon consideration of the Joint Motion to Stay Proceedings, it is hereby ORDERED this 24th day of March 2021 that:

1. The Joint Motion to Stay Proceedings is GRANTED.

2. All discovery, motion, and other deadlines in this case are STAYED for 60 days to allow for completion of settlement negotiations.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE