**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KNIGHTS OF COLUMBUS STAR OF THE SEA COUNCIL 7297,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE;<br><br>STAN MILLS, in his official capacity as Mayor of Rehoboth Beach, Delaware;<br><br>PAUL KUHNS, individually;<br><br>SHARON LYNN, individually and in her official capacity as City Manager of Rehoboth Beach, Delaware;<br><br>　　　　Defendants. | Civil Case. No. 1:20-cv-00841-LPS |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the parties, Plaintiff Knights of Columbus Star of the Sea Council 7297 and Defendants City of Rehoboth Beach, Delaware, Stan Mills in his official capacity as City Mayor, Sharon Lynn individually and in her official capacity as City Manager, and Paul Kuhns individually, and submit the following:

　　1.  The parties reached a settlement agreement on April 16, 2021.

　　2.  In accordance with the settlement agreement, the parties hereby jointly stipulate to the dismissal of the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　3.  In accordance with the settlement agreement, each party shall bear its own attorneys' fees and costs.

Dated: April 20, 2021

<div style="column-count:2">

/s/ *Michael P. Morton*
Michael P. Morton (Bar ID # 002492)
Robert J. Valihura, Jr. (Bar ID # 02638)
David C. Zerbato (Bar ID # 005671)
MORTON, VALIHURA & ZERBATO, LLC
3704 Kennett Pike, Suite 200
Greenville Professional Building
Greenville, DE 19807
Telephone: (302) 426-1313
Fax: (302) 426-1300
mmorton@mvzllc.com

Christopher DiPompeo (*pro hac vice*)
Kaytlin L. Roholt (*pro hac vice*)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
Telephone:  (202) 879-7686
Fax:  (202) 626-1700
cdipompeo@jonesday.com
kroholtlane@jonesday.com

Roger Byron (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 Plano Parkway, Suite 1600
Plano, TX 75075
Telephone: (972) 941-4444
Fax: (972) 941-4457
rbyron@libertyinstitute.org

*Counsel for Plaintiff Knights of Columbus Star of the Sea Council 7297*

/s/ *Daniel A. Griffith*
Daniel A. Griffith (Bar No. 4209)
WHITEFORD TAYLOR & PRESTON LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE  19801-3700
Telephone: 302.357.3254
Fax: 302.357.3274
dgriffith@wtplaw.com

Max B. Walton (Bar No. 3876)
Lisa R. Hatfield (Bar No. 4967)
Stephanie S. Riley (Bar No. 5813)
Brandon R. Harper (Bar No. 6418)
CONNOLLY GALLAGHER LLP
267 East Main Street
Newark, DE 19711
(302) 757-7300
mwalton@connollygallagher.com
lhatfield@connollygallagher.com
sriley@connollygallagher.com
bharper@connollygallagher.com

*Counsel for Defendants City of Rehoboth Beach, Delaware, et al.*

</div>